THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA BAY DIVISION

ANNETTE WAITE,

   Plaintiff,                                  CASE NO.

v.

BRONSON AND MIGLIACCIO,

   Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, ANNETTE WAITE ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, BRONSON AND MIGLIACCIO, INC., alleges and affirmatively states as follows:

## INTRODUCTION

1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.    Plaintiff resides in the state of Florida and Defendant is a national company that conducts business in the state of Florida and, therefore, personal jurisdiction is established.

4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5.    Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in the Largo, County of Tampa Bay, State of Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a business located in Williamsville, Erie County, New York.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant leaves messages requesting to call 888-523-0856 (see transcribed voicemail message attached as Exhibit A).

13. Defendant calls Plaintiff and fails to disclose the call is from a debt collector (see Exhibit A).

14. Defendant calls Plaintiff and hangs up without leaving a voicemail message.

15. Defendant calls Plaintiff and fails to provide meaningful disclosure of the caller's identity.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

  a)  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

  b)  Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

  c)  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff when Defendant did not intend to do so.

  d)  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by calling Plaintiff and hanging up without leaving a voicemail message.

  e)  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

17. As a direct and proximate result of one or more or all of the statutory violations above, Plaintiff has suffered emotional distress. *See* Exhibit B.

**WHEREFORE**, ANNETTE WAITE, respectfully prays that judgment be entered against BRONSON AND MIGLIACCIO for the following:

18. Declaratory judgment that the Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Actual damages.

20. Statutory damages pursuant to the Federal Debt Collection Practices Act, 15 U.S.C. 1692k.

21. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

22. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:     s/ Matthew Kiverts
    Matthew Kiverts
    Krohn & Moss, Ltd
    120 W Madison St, 10th Floor
    Chicago, IL 60602
    (312) 578-9428 ext. 281
    Attorney for Plaintiff
    FBN: 0013143

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ANNETTE WAITE hereby demands trial by jury in this action.